**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diane DaSilva,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Michael J. Astrue, Commissioner of Social Security,<br><br>　　　　Defendant. | No. CV 11-00865-PHX-NVW<br><br>**JUDGMENT PURSUANT TO MANDATE** |

Pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit,

IT IS ORDERED that the judgment entered February 14, 2012 (Doc. 19) is vacated.

IT IS FURTHER ORDERED that this case is remanded to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk shall terminate this case.

DATED this 9th day of August, 2012.

_____
Neil V. Wake
United States District Judge